THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS M. FIGUEROA, Also Known as LOUIS M. FIGUEROA, Appellant. [889 NYS2d 856]—

Upon this Court's independent review of the record, we conclude that nonfrivolous issues exist, including, but not limited to, whether the sentencing court abided by the sentencing promise made at the time of the entry of the plea of guilty. Accordingly, assignment of new counsel is warranted (*see People v Stokes*, 95 NY2d 633, 638 [2001]; *People v Vasquez*, 70 NY2d 1, 4 [1987]). Skelos, J.P., Florio, Balkin, Belen and Austin, JJ., concur.